FILED
JAMES BONINI
CLERK
2008 SEP -4 P 3:05

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

L.A. PIPELINE CONSTRUCTION COMPANY, INC.

Defendant.

CIVIL ACTION NO. 2:08 CV 840

COMPLAINT
JURY TRIAL DEMAND

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race and to provide appropriate relief to Kevin Madden and a class of black individuals who were subjected to unlawful race discrimination. As set forth in more detail below, the Commission alleges that Defendant L.A. Pipeline Construction Company, Inc. created a hostile work environment for Madden and a class of black employees through exposure to nooses, racial epithets, and other racially offensive behavior.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2. The unlawful employment practices alleged below were and are now being committed within the jurisdiction of the United States District Court for the Southern District of Ohio, Eastern Division.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C., Section 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant L.A. Pipeline Construction Company, Inc. ("Defendant") has continuously been and is now a corporation doing business in the State of Ohio and the City of Belpre, Ohio, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been and is now an employer engaged in an industry affecting commerce under Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Section 2000e-(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Kevin Madden filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least July of 2007, Defendant has engaged in unlawful employment practices at its Elkton, Virginia worksite, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. Section 2000e-2(a)(1). Specifically, Defendant subjected Kevin Madden and a class of blacks to a racially hostile work environment, including, but not limited to the following:

a) Defendant's condoning the open and obvious display of nooses on company property; and

b) Defendant's managers' and employees' consistent and overt use of racial slurs and epithets directed at blacks.

8. The effect of the practices complained of above has been to deprive Kevin Madden and a class of blacks of equal employment opportunities and otherwise adversely affect their status as employees because of their race, black.

9. The unlawful employment practices complained of above were and are intentional.

10. The unlawful employment practices complained of above were and are being done with malice and/or reckless indifference to the federally protected rights of Kevin Madden and the affected class of blacks.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in racial harassment and any other employment practice which discriminates on the basis of race.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for black employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Kevin Madden and each similarly situated individual subjected to a racially hostile environment by Defendant, by providing appropriate

back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Kevin Madden, and each similarly situated individual subjected to a racially hostile environment by Defendant, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E. Order Defendant to make whole Kevin Madden and each similarly situated individual subjected to a racially hostile environment by providing compensation for non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain and suffering, shock, anxiety, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Kevin Madden and each similarly situated individual subjected to a racially hostile environment by Defendant, punitive damages for its malicious and/or reckless conduct, in an amount to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper.

H. Award the Commission its costs in this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JACQUELINE H. McNAIR
Regional Attorney

DEBRA M. LAWRENCE
Supervisory Trial Attorney

MARIA LUISA MOROCCO
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 209-2734
(410) 962-4270 (fax)

Donna L. Williams-Alexander
DONNA L. WILLIAMS-ALEXANDER
Trial Attorney (0037838)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anthony J. Celebrezze Federal Building
1240 E. 9th Street, Suite 3001
Cleveland, Ohio 44199
(216) 522-7454
(216) 522-7430 (fax)
donna.williams-alexander@eeoc.gov