AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**L.A. PIPELINE CONSTRUCTION**        CASE NO.  C2-08-840
**COMPANY, INC.,**        JUDGE EDMUND A. SARGUS, JR.
        MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed August 5. 2011, JUDGMENT is hereby entered in favor of Plaintiff with costs to be assessed against Defendant.  This case is DISMISSED.**

Date: August 5, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk